993 A.2d 868

**SELECT PORTFOLIO SERVICING INC., as Servicing Agent for White Mountain Services, LLC., Respondent**

v.

**William HARPER and Constance Harper, Husband and Wife, Petitioners.**

**No. 176 EM 2009.**

Supreme Court of Pennsylvania.

April 6, 2010.

***ORDER***

PER CURIAM.

**AND NOW,** this 6th day of April, 2010, the Application for Relief is **DENIED.**